UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| SEAN JULIAN, et als., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil No. 05-77-P-S |
| | ) |
| GEORGE WESTON BAKERIES | ) |
| DISTRIBUTION, INC., et al.., | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed August 11, 2005, the Recommended Decision is affirmed.

Accordingly, it is **ORDERED** that Counts II, IV, V, VI, VII of Plaintiffs' Complaint are **DISMISSED**.   Count VIII is **DISMISSED**, but Plaintiffs are **GRANTED** leave to amend the Complaint in accordance with the Local Rule.

　　　　　　　　　　　　　　　　　　　　　　　 /s/ George Z. Singal
　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge

Dated this  31st day of  August, 2005