# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| SEAN JULIAN, et al., )<br>          Plaintiffs )<br>)<br>v. )<br>)<br>GEORGE WASHINGTON BAKERIES )<br>DISTRIBUTION, INC. et al., )<br>)<br>          Defendants ) | CIVIL 05-77-P-S |

## ORDER OF DISMISSAL

The Plaintiff having failed to show good cause why service was not timely made on Glenhuron Bank, LTD.,

It is ORDERED that the complaint as to Defendant Glenhuron Bank Ltd. is DISMISSED.

      SO ORDERED.

/s/ George Z. Singal<br>
Chief United States District Judge

Dated: September 14, 2005