UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| DAVID GAGNE, et al.,  )<br>        Plaintiffs  )<br>   v.  )<br>        )<br>GEORGE WESTON BAKERIES  )<br>DISTRIBUTION, INC.,  )<br>        Defendant  ) | Civil No.   05-77-P-S |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision (Docket No. 71) filed May 18, 2006, the Recommended Decision is AFFIRMED.

Accordingly, it is ORDERED there is no supplemental jurisdiction over the remaining claim.  The Amended Complaint (Docket No. 32), asserting the breach of contract claim against defendant, is DISMISSED WITHOUT PREJUDICE.

                      /s/ George Z. Singal
                      Chief United States District Judge

Dated this 6th day of June, 2006.